UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

| | |
|---|---|
| CLARENCE MARTIN HOGAN, JR.<br>LINDA KAREN HOGAN | MAIN CASE NO. 10-52731-TNW |
| DEBTORS | |
| MARK T. MILLER, TRUSTEE | PLAINTIFF |
| VS: | ADV. NO. 11-05029-TNW |
| CLARENCE MARTIN HOGAN, JR. a/k/a<br>CLARENCE M. HOGAN<br>FORD MOTOR CREDIT COMPANY<br>COLLINS FORD OF LEXINGTON, LLC | DEFENDANTS |

## APPEARANCE

\* \* \* \* \* \*

    Comes now Elizabeth McHargue of MAPOTHER & MAPOTHER, P.S.C., and enters an appearance on behalf of the Creditor herein, Ford Motor Credit Company LLC, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

    MAPOTHER & MAPOTHER, P.S.C.

    BY    /s/ Elizabeth McHargue

    Elizabeth McHargue
    Counsel for Creditor
    MAPOTHER & MAPOTHER P.S.C.
    815 West Market Street
    Suite 500
    Louisville, KY  40202
    (502)638-4961

YBJ (EMH)/10-05093-0

## CERTIFICATE

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, John Thomas Hamilton, Attorney at Law, 201 W. Short Street, Lexington, KY 40507-1231, debtor, Clarence Martin Hogan, Jr. Dba: Harbour, Inc., P.O. Box 22444, Lexington, Kentucky 40522, and debtor, Linda Karen Hogan Dba: Harbour Square Properties P.O. Box 22444, Lexington, Kentucky 40522 and to the Trustee, Mark Thomas Miller, 300 1/2 West Maple Street, Nicholasville, KY 40356.

                MAPOTHER & MAPOTHER, P.S.C.

BY:    /s/ Elizabeth McHargue
         Elizabeth McHargue
         Counsel for Creditor

YBJ (EMH)/10-05093-0